## ROSENBERG CALICA & BIRNEY LLP
ATTORNEYS AT LAW
100 GARDEN CITY PLAZA, SUITE 408
GARDEN CITY, NEW YORK 11530
TELEPHONE (516) 747-7400
FACSIMILE (516) 747-7480
WWW.RCBLAW.COM

RONALD J. ROSENBERG*
ROBERT M. CALICA
WILLIAM J. BIRNEY
EDWARD M. ROSS^
LESLEY A. REARDON
KENNETH E. ANESER°

JOHN S. CIULLA
JUDAH SERFATY
PETER J. WILLIAMS+
ROBERT J. HOWARD
DIANA G. ATTNER
MEGAN F. CARROLL^
DAVID M. MANNION
PATRICK J. WHITE
JOSHUA M. LIEBMAN‡

KENNETH J. WEINSTEIN
RICHARD A. ROSS
OF COUNSEL

*ALSO ADMITTED FL
^ALSO ADMITTED CT
°ALSO ADMITTED CT, NJ, DC
+ALSO ADMITTED MD
‡ALSO ADMITTED NJ

November 12, 2009

**copy via ECF filing and original by hand delivery**

Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        RE:    Water Works Realty Corp. et al. v. Harrison J. Edwards et al.
                Civ. 08-4754 AND Civ. 08-449

Honorable Sir:

       This firm represents the plaintiffs in the above-referenced actions. I am pleased to advise that the plaintiffs have entered into two written Stipulations of Settlement and Voluntary Discontinuance, one with the defendant Village of Freeport, and one with defendant Howard Colton. (the "Settling Parties"), a copy of which is attached hereto, constituting a partial settlement of these actions. The original Stipulations for each action are being simultaneously hand-delivered to the Court today. The plaintiffs and the Settling Parties respectfully request that the Court "so order" the Stipulations of Settlement at its earliest convenience. As always, the Court's courtesies are most appreciated.

                                       Respectfully submitted,

                                       **ROSENBERG CALICA & BIRNEY LLP**

                                                    /S/

                                         Ronald J. Rosenberg

RJR/lr
Enclosures

cc:  Magistrate Judge Boyle
      Attached Service List

**SERVICE LIST**

Peter Meisels, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for the Individual Village Defendants
3 Gannett Drive
White Plains, NY 10604-3407

Dennis E. Warren, Esq.
Warren & Warren
Attorneys for the Village of Freeport
175-61 Hillside Avenue, Suite 200
Jamaica, New York 11432

Ralph J. Reissman, Esq.
Nassau County Attorney's Office
Attorneys for the County Defendants
1 West Street
Mineola, NY 11501

Stephen Wagner, Esq.
Cohen Tauber Spievack & Wagner P.C.
Attorneys for the Just Assets Defendants
420 Lexington Avenue, Suite 2400
New York, NY 10170

William J. O'Mahoney, Esq.
Quadrino Schwartz P.C.
Attorneys for Keith Sernick
666 Old Country Road, Suite 900
Garden City, NY 11530

Peter Chatzinoff, Esq.
Rivkin Radler LLP
Attorneys for Davidoff Malito & Hutcher LLP
 and Stacy Clark
926 Rexcorp Plaza
Uniondale, NY 11556

Stuart Perlmutter, Esq.
Davidoff Malito & Hutcher LLP
Attorneys for Davidoff Malito & Hutcher LLP
 and Stacy Clark
200 Garden City Plaza
Garden City, NY 11530